### 4666.  GRANTHAM *v.* LANCE.

RUSSELL, J. 1. Where personal property has been left by the owner with an agent, to be kept by the latter until called for, and the agent refuses to deliver it on demand, a possessory warrant will lie for its recovery. *Meredith* v. *Knott,* 34 *Ga.* 222; *Sheriff* v. *Thompson,* 116 *Ga.* 436 (42 S. E. 738); *Allen* v. *Wheeler,* 121 *Ga.* 277 (48 S. E. 923). In such a

case the general rule that the possession must have been acquired either violently or fraudulently does not apply.

2. Under the evidence it did not appear that the defendant in the possessory warrant had been in peaceable possession of the property in question, in his own right, for four years prior to the suing out of the warrant; and the dismissal of the warrant would not have been authorized upon the theory that the defendant's possession must be presumed to be lawful. It appeared without dispute, from the allegations of the petition for certiorari, that it had not been as much as two years since the plaintiff in the possessory warrant had the right to demand the return of the deed. *New* v. *LeHardy,* 46 *Ga.* 616; *McLeod* v. *Bozeman,* 26 *Ga.* 177.

3. The court erred in refusing to sanction the certiorari.

*Judgment reversed.*

DECIDED OCTOBER 7, 1913.

Petition for certiorari; from Fannin superior court—Judge Morris. December 31, 1912.

*Thomas A. Brown, Samuel Allen,* for plaintiff in error.